**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **RICHARD AUGUST RHOADS** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **STATE OF MARYLAND JUDICIARY** | : | **NO. 13-1913** |
| **BANK OF AMERICA** | : | |

**O R D E R**

AND NOW, this 19th day of April, 2013, upon consideration of plaintiff's motion to proceed in forma pauperis and his pro se complaint, IT IS ORDERED that:

1. Leave to proceed in forma pauperis is GRANTED.

2. Plaintiff's complaint is DISMISSED with prejudice for the reasons stated in the Court's Memorandum.

3. The Clerk of Court shall CLOSE this case.

BY THE COURT:

_____
MICHAEL M. BAYLSON, J.